UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Amanda U. Ajuluchuku-Levy,
    Plaintiff

v.                                            C.A. No. 08-538S

CVS Corporation,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 8, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Plaintiff's Motion for Leave to Proceed in Forma Pauperis is DENIED and Plaintiff's Complaint is DISMISSED.

By Order,

/s/ Wendy Lulo
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 1/30/09